Case: 4:05-cv-01591-CAS   Doc. #: 1   Filed: 09/29/05   Page: 1 of 5 PageID #: 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) Plaintiff, ) ) v. ) ) HUSCH & EPPENBERGER, LLC, ) ) Defendant. ) | 05CV01591CAS<br><br>CIVIL ACTION NO.<br><br>**COMPLAINT**<br><br>JURY TRIAL DEMAND |

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Christa Romeo, who was adversely affected by such practices. The Commission alleges that Defendant's Chief Information Officer, Mauwiya Huneidi, sexually harassed Romeo. The Commission further alleges that Defendant retaliated against Romeo when she complained about the sexual harassment. as described with greater particularity below.

### JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3)("Title VII"), and Section 102(d) of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Missouri.

## PARTIES

3.  Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.  At all relevant times, Defendant has continuously been doing business in the State of Missouri and the City of Clayton, and has continuously had at least 15 employees.

5.  At all relevant times, Defendant has continuously been an employer within the meaning of Section 701(b) of Title VII, 29 U.S.C. § 2000e(b).

## STATEMENT OF CLAIMS

6.  More than thirty days prior to the institution of this lawsuit, Christa Romeo filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.  Since at least December 2002, Defendant has engaged in unlawful employment practices in violation of Sections 703(a) and 704(a) of Title VII, 29 U.S.C. §§ 2000e-2(a) and 2000e-3(a). These practices include the following:

   a.  Defendant's Chief Information Officer, Mauwiya Huneidi, subjected Christa Romeo to unwelcome sexual harassment during her employment. This harassment included, but was not limited to, regular, repeated and unwelcome inappropriate comments and unwelcome touching that was sexual in nature.

  b.  Ms. Romeo complained about this behavior to the appropriate management officials.

  b.  After Ms. Romeo's complaints, Defendant failed to prevent and promptly correct this unwelcome and pervasive sexual harassment, and demoted Ms. Romeo because she opposed the sexually inappropriate conduct.

 8. The effect of the practices complained of in paragraph 8 above has been to deprive Ms. Romeo of equal employment opportunities and otherwise adversely affect her status as an employee, because of her sex.

 9. The unlawful employment practices complained of in paragraph 8 above were intentional.

 10. The unlawful employment practices complained of in paragraph 8 above were done with malice or with reckless indifference to the federally protected rights of Ms. Romeo.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

 A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in harassment, retaliation and any other employment practice which discriminates on the basis of sex.

 B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

C.   Order Defendant to make Christa Romeo whole by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief as necessary to eradicate the effects of its unlawful employment practices.

D.   Order Defendant to make Christa Romeo whole by providing compensation for past and future pecuniary losses resulting from its unlawful employment practices described in paragraph 8 above in amounts to be determined at trial.

E.   Order Defendant to make Christa Romeo whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in paragraph 8 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, loss of reputation, and humiliation, in amounts to be determined at trial.

F.   Order Defendant to pay punitive damages for its malicious and reckless conduct described in paragraph 8 above in amounts to be determined at trial.

G.   Grant such further relief as the Court deems necessary and proper in the public interest.

H.   Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

_____
ROBERT G. JOHNSON
Regional Attorney

_____
BARBARA A. SEELY #10607
Supervisory Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
St. Louis District Office
1222 Spruce St., Room 8.100
St. Louis, MO 63103
(314) 539-7916
FAX: (314) 539-7895
e-mail: barbara.seely@eeoc.gov